IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00054-AP

LUCILLE M. MANN,

             Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

             Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE**

---

**1.      APPEARANCES OF COUNSEL**

| | |
|---|---|
| WILLIAM E. BENJAMIN<br>5350 Manhattan Circle, Suite 105<br>Boulder, CO 80303<br>Telephone:  303-442-9005<br>Wbenjaminlaw@ecentral.com<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

---

[1]On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:**  1/10/07
    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** 1/12/07
    **C.**    **Date Answer and Administrative Record Were Filed:**  3/19/07

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**      To the best of her knowledge, the record is complete.
**Defendant states:**  To the best of his knowledge, the record is complete.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**      None anticipated.
**Defendant states:**  None anticipated.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**  To the best of his knowledge, this case does not involve unusual claims or defenses.

**7.      OTHER MATTERS**

None.

**8.      PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:**        May 21, 2007
    **B.**    **Defendant's  Response Brief Due:**      June 22, 2007
    **C.**    **Plaintiff's  Reply Brief (if any) Due:**     July 9, 2007

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**.      Oral argument not requested.
    **B.**    **Defendant's Statement:**  Oral argument not requested.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A.     **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  B.     **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.     **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

  The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

  DATED this 9th day of April , 2007.

                                        BY THE COURT:



                                        *S/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/William E. Benjamin  4/9/07 <br><br> William E. Benjamin <br> 5350 Manhattan Circle, Suite 105 <br> Boulder, CO 80303 <br> Telephone:  303-442-9005 <br> Wbenjaminlaw@ecentral.com <br><br> Attorney for Plaintiff |    TROY A. EID <br>    United States Attorney <br><br>    KURT J. BOHN <br>    Assistant U.S. Attorney <br>    kurt.bohn@usdoj.gov <br><br> By:  s/Debra J. Meachum 4/9/07 <br>    Debra J. Meachum <br>    Special Assistant U.S. Attorney <br>    1961 Stout Street, Suite 1001A <br>    Denver, Colorado  80294 <br>    Telephone:  (303) 844-1570 <br>    debra.meachum@ssa.gov <br>    Attorneys for Defendant. |